**DISMISS and Opinion Filed December 19, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01205-CV

**BOSS EXOTICS, LLC AND RODNEY JAMES MCGAFFEY, Appellants**

**V.**

**MAURICIO ESTRADA, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01740**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Nowell, and Justice Smith
Opinion by Justice Smith

Appellants have filed a motion for voluntary dismissal of this appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Craig Smith/
CRAIG SMITH
JUSTICE

221205F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BOSS EXOTICS, LLC AND
RODNEY JAMES MCGAFFEY,
Appellants

No. 05-22-01205-CV          V.

MAURICIO ESTRADA, Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-22-01740.
Opinion delivered by Justice Smith,
Chief Justice Burns and Justice
Nowell participating.


In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Mauricio Estrada recover his costs, if any, of this appeal from appellants Boss Exotics, LLC and Rodney James McGaffey.


Judgment entered December 19, 2022.

–2–